1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                     (HONORABLE NITA L. STORMES)

11 | UNITED STATES OF AMERICA,       )  CASE NO. 08MJ0553
                                     )
12 |          Plaintiff,              )
                                     )  **NOTICE OF APPEARANCE**
13 | v.                               )
                                     )
14 | CARLOS JAVIER-RIVAS,             )
                                     )
15 |          Defendant.              )
   |_____ )

17      Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                      Respectfully submitted,

22 Dated: February 28, 2008            /s/ *JENNIFER L. COON*
                                        Federal Defenders of San Diego, Inc.
23                                      Attorneys for Defendant
                                        Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 28, 2008         /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Jennifer_Coon@fd.org (email)